PRAXAIR TECHNOLOGY,
INC., Appellant

v.

AIR LIQUIDE LARGE INDUSTRIES
U.S. LP, Appellee

2017-1318, 2017-1319

United States Court of Appeals,
Federal Circuit.

February 13, 2018

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by DANIEL KAZHDAN; CHRISTOPHER J. HARNETT, KEVIN VINCENT MCCARTHY, New York, NY.

STEPHANIE DEBROW, Norton Rose Fulbright US LLP, Austin, TX, argued for appellee. Also represented by MARK T. GARRETT; CHARLES BRUCE WALKER, JR., Houston, TX; JONATHAN S. FRANKLIN, Washington, DC; ALLEN E. WHITE, Air Liquide, Houston, TX.

(Lourie, Dyk, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**